IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEDRO RODRIGUEZ,

        Plaintiff,

  v.

JOHN BERRYHILL, et al.,

        Defendants.
                               /

No. CV-14-0126 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), plaintiff's complaint is hereby DISMISSED without leave to amend.

Dated: February 4, 2014                                  Richard W. Wieking, Clerk

                                                              By: <u>Tracy Lucero</u>
                                                                   <u>Deputy Clerk</u>